859 A.2d 450

IN THE MATTER OF ROBERT E. BARTH, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 019891994).

October 20, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–208, concluding that **ROBERT E. BARTH, JR.**, of **MARLTON**, who was admitted to the bar of this State in 1995, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board further having concluded that respondent should be required to submit proof to the Office of Attorney Ethics that he is enrolled in an alcohol treatment program;

And good cause appearing;

It is ORDERED that **ROBERT E. BARTH, JR.**, is hereby reprimanded; and it is further

ORDERED that respondent submit proof to the Office of Attorney Ethics that he is enrolled in an alcohol treatment program; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.